United States District Court
Southern District of Texas
**ENTERED**
September 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATSY E. GUZMAN<br>Plaintiff<br><br>VS.<br><br>WELLS FARGO BANK, N.A. AS<br>TRUSTEE, IN TRUST FOR THE REGISTERED<br>HOLDERS OF PARK PLACE SECURITIES,<br>INC., ASSET-BACKED PASS-THROUGH<br>CERTIFICATES, SERIES 2004-WCW1;<br>AND SELECT PORTFOLIO SERVICING, INC.<br>Defendants | §<br>§<br>§<br>§  C.A. NO. 4:18-cv-02311<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED FINAL JUDGMENT AND ORDER AUTHORIZING FORECLOSURE

Based on the agreement of the parties, Judgment is granted in favor of Wells Fargo Bank, N.A., as Trustee, in Trust for the Registered Holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WCW1 ("Trustee") and Select Portfolio Servicing, Inc. ("SPS") (collectively referred to herein as "Defendants") and against Patsy Guzman ("Plaintiff") on all claims and counterclaims asserted in this action.

It is therefore **ORDERED** that claims of Plaintiff against Defendants are hereby dismissed with prejudice. It is further

**ORDERED** and **DECLARED** that Trustee is hereby awarded and this Judgment shall constitute an Order Authorizing Foreclosure, authorizing Trustee to foreclose on the real property collateral located at 13911 Briarplace Drive, Houston, Texas 77077 as more particularly described in the subject Texas Security Instrument recorded in the real property records of Harris County, Texas as Instrument No. X609455 (the "**Security Instrument**"). It is further

**ORDERED** and **DECLARED** that Trustee is authorized to conduct a non-judicial foreclosure sale of the Property pursuant to the terms and conditions of the Security Instrument

and in accordance with TEX. PROP CODE §51.002 and TEX. CONST. Art. XVI § 50 (a)(6) of the following described Property, to-wit:

**LOT FIFTEEN (15), IN BLOCK TWENTY (20), OF BRIAR VILLAGE, SECTION FOUR (4), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 222, PAGE 11 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.**

and which real property together with the improvements thereon is referred to herein as (the "**Property**"). It is further

**ORDERED** and **DECLARED** that this Judgment serves as a Final *in rem* Judgment and Declaration of this Court Authorizing Foreclosure of the subject Texas Home Equity Lien in accordance with TEX. CONST. ART. XVI §50(a)(6)(D). It is further

**ORDERED** that a copy of this Judgment shall be sent to Plaintiff with the notice of the date, time and place of the foreclosure sale. It is further

**ORDERED** that Trustee file a certified copy of this Judgment in the real property records of the county where the property is located within ten (10) days after the entry of this Final *in rem* Judgment; however, failure to timely record this Judgment shall not affect the validity of the foreclosure and defeat the presumption of TEX. CONST. ART XVI, §50(i).

Signed this __14th__ day of __September__, 2018.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO SUBSTANCE AND FORM:

HIRSCH AND WESTHEIMER, P.C.

By: */s/ Michael F. Hord Jr.*
   Eric C. Mettenbrink
   State Bar No. 24043819
   Michael F. Hord Jr.
   State Bar No. 00784294
   Federal I.D. No. 16035
   Hirsch & Westheimer, P.C.
   1415 Louisiana, 36th Floor
   Houston, Texas 77002
   (713) 220-9182 Telephone
   (713) 223-9319 Facsimile
   Email: mhord@hirschwest.com

**COUNSEL FOR DEFENDANTS
AND COUNTERCLAIMANT**

THE LANE LAW FIRM, PLLC

By: */s/ Joshua D. Gordon*
   Robert "Chip" C. Lane
   State Bar No. 24046263
   So. District Bar No. 570982
   Chip.lane@lanelaw.com
   Joshua D. Gordon
   State Bar No. 24091592
   joshua.gordon@lanelaw.com
   6200 Savoy Drive, Suite 1150
   Houston, Texas 77036
   (713) 595-8200 Telephone
   (713) 595-8201 Facsimile

**COUNSEL FOR PLAINTIFF**